UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:20-MJ-00030 JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| ANDREW JAMES SARNOWSKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Emily N. de Leon is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to September 11, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **September 16, 2020**            /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

-1-